

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB - 4 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**2/4/2015**                                                     **COA No. 12-13-00190-CR**
**BALL, DONALD MILLER     Tr. Ct. No. 2012-0434**          **PD-1331-14**
On this day, the Appellant's petition for discretionary review has been refused.
                                                                              Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *